IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | CASE NO: CR115-077 |
| | ) | |
| KENNY DANFORD | ) | |

## ORDER

The Defendant, Kenny Danford, was sentenced on March 24, 2016, and is in the custody of the Bureau of Prisons.

Surety, Carolyn Worthington, has requested the return of the $2,000.00 cash security posted on the defendant's $20,000.00 bond.

IT IS HEREBY ORDERED that the cash collateral in the amount of $2,000.00 posted by Carolyn Worthington for this defendant, plus all accrued interest thereon, be returned to: Carolyn Worthington at P.O. Box 1277, Wadley, Georgia, 30477.

This 26th day of April, 2016 at Augusta, Georgia.

J. RANDAL HALL, DISTRICT JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA